UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE A. LIZARRAGA,<br><br>　　　　Respondents. | No. 2:17-cv-0155 JAM KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 05, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed October 05, 2017, are adopted in full; and

　　2. Respondent's motion to dismiss (ECF No. 15) is denied; respondent is ordered to file an answer to the petition within thirty days of the date of this order.

DATED: 12/19/2017

　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE